FRANKLIN E. DEAN v. CHUN CHA PAK DEAN

No. 7012DC101

(Filed 15 July 1970)

APPEAL by plaintiff from *Herring, District Judge,* October 1969 Session, CUMBERLAND District Court.

On 9 April 1969 plaintiff, a soldier stationed at Fort Bragg, instituted this action for absolute divorce on grounds of one year separation. Defendant is a resident of South Korea and filed answer and cross-action asking for temporary and permanent alimony. On 10 September 1969 District Judge Herring entered a judgment for alimony *pendente lite,* counsel fees, etc. On 9 October 1969 plaintiff filed a motion asking that the judgment be vacated for that he had no notice of the cross-action or application for alimony *pendente lite.* On 31 October 1969 District Judge Herring, following a hearing, entered orders finding plaintiff in wilful contempt of the judgment and denying plaintiff's motion to vacate the judgment. Plaintiff appealed from the orders.

*Marion C. George, Jr., attorney for plaintiff appellant.*

*No counsel for defendant appellee.*

BRITT, J.

We have treated the papers filed by plaintiff's counsel as a petition for *certiorari,* and have allowed the petition to the end that we might consider all judgments and orders entered by the trial court in this action. Because of the facts revealed by the record, we hold that the trial court erred in entering its 10 September 1969 judgment and its 31 October 1969 orders; the judgment and orders are vacated and this cause is remanded for further proceedings as though the judgment and orders had not been entered and the hearings preceding their entry had not been held.

Judgment and orders vacated and cause remanded.

BROCK and HEDRICK, JJ., concur.